No. 07-12-0228-CV

In the Interest of K.J., A Child   ☐    From the 320th District Court
   Appellant                                 of Potter County

                                           ☐    November 2, 2012

                                           ☐    Opinion by Justice Pirtle
                                                    Quinn, C.J., concurring in result.

## J U D G M E N T

Pursuant to the opinion of the Court dated November 2, 2012, it is ordered, adjudged and decreed that the trial court's order of termination is affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o